# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON B. SMITH

VERSUS

DARRYL D. SMITH

NO.   2025 CW 0327

**JUNE 30, 2025**

---

In Re:   Darryl D. Smith, applying for supervisory writs, 21st
         Judicial District Court, Parish of Tangipahoa, No.
         2014000885.

---

**BEFORE:   PENZATO, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

                          **AHP**
                          **BDE**
                          **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT